**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| Femminella | ¶10 - The FDIC closed Wamu on September 25, 2008. | ¶ 12 – The FDIC did not execute an assignment of the mortgage as receiver for WAMU to Chase. | ¶18 – Chase never received any interest in the property to foreclose upon. | ¶34 – Chase has no standing to foreclose | ¶40 – FDIC never transferred possession of or negotiated the promissory note to Chase. |
| Merolla-Brito | ¶10 – There has never been a recorded assignment from WaMu to any other entity | ¶13 – WaMu never conveyed the mortgage via an assignment to any other entity. | ¶15 – Chase is not the mortgagee | ¶ 18 – Chase cannot assign a mortgage that it does not own | ¶23 – The Assignment (from Chase to BoA) is void pursuant to RIGL 34-11-1 |
| Lee | ¶10 – WaMu did not order the assignment to Deutsche Bank | ¶14 – The assignment is void pursuant to RIGL 34-11-1. | ¶17- Chase never received any interest in the property to transfer to Deutsche Bank. | ¶23 – WaMu never assigned the mortgage to Chase o the FDIC | ¶24 – The FDIC never assigned the mortgage to Chase |
| Bello | ¶ 8 – Washington Mutual never assigned the mortgage to Chase | ¶ 15 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | | | |
| Clay | ¶ 8 – Washington Mutual never assigned the mortgage to Chase | ¶ 15 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | | | |

| | | | | | |
|---|---|---|---|---|---|
| Perez | ¶ 8 – Washington Mutual never assigned the mortgage to Chase | ¶ 15 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | ¶ 16 –Washington Mutual never assigned the mortgage to Chase. | | |
| Urizar | ¶ 8 – Washington Mutual never assigned the mortgage to Chase | ¶ 15 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | ¶ 16 –Washington Mutual never assigned the mortgage to Chase. | | |
| Regnault | ¶ 7 – Washington Mutual never assigned the mortgage to Chase | ¶ 14 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | ¶ 15 –Washington Mutual never assigned the mortgage to Chase. | | |
| Morris-Sardinha | ¶ 7 – Washington Mutual never assigned the mortgage to Chase | ¶ 14 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | ¶ 15 –Washington Mutual never assigned the mortgage to Chase. | | |

3

| | | | | | |
|---|---|---|---|---|---|
| <u>Mandarelli</u> | ¶ 7 – Washington Mutual never assigned the mortgage to Chase | ¶ 14 – there is no recorded assignment transferring the mortgage from the FDIC as receiver for Washington Mutual to Chase | ¶ 15 –Washington Mutual never assigned the mortgage to Chase. | | |

DB1/ 78138794.1